# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG

*NY AND CALIF. BARS

75 MAIDEN LANE  
SUITE 907  
NEW YORK, N.Y. 10038

(212) 608-0808  
Cell: (917) 847-1361

January 3, 2023

The Honorable Allyne R. Ross  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

RE:    United States v. John Doe, 19 Cr. 497 (ARR)

Your Honor:

I represent the defendant in this case, "John Doe," who is awaiting sentencing in this matter.

My client has been released on a PRB which includes some limitations on his travel, and I am making an application, on consent of the prosecutor, to expand the travel limits. He has been in full compliance with his terms of release.

My client has secured employment as a long-haul truck driver, and his responsibilities include being on call to drive to any State in the contiguous 48 States on short notice. I am therefore requesting that his travel limits be expanded to include the contiguous 48 States of the continental United States. He will agree to notify his Pre-Trial Services Officer of any travel plans in advance of, or as soon as possible, for each such out-of-state trip he makes.

I have conferred with AUSA Jonathan Lax who is responsible for prosecuting this matter, and he has no objection to this request. My client's Pre-Trial Officer, Chijioke Ezenyilimba, has informed me that he needs an order from the Court to permit the travel and has requested that I make this request, and thus I ask that the Court "so order" this application.

I thank the Court in advance for Your Honor's attention to this matter.

Sincerely,

*/s/ Thomas H. Nooter*
Thomas H. Nooter
Attorney for the Defendant

cc:     AUSA Jonathan P. Lax, by ECF